# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JERRY WRONE WALKER
ADC #124248                                                                                    PETITIONER

VS.                          5:10CV00128 SWW/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Petitioner. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, under 28 U.S.C. § 2254 (docket entry #1) is DENIED, and this case is DISMISSED, WITH PREJUDICE.

IT IS FURTHER ORDERED THAT a Certificate of Appealability is DENIED

pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases.

Dated this 21st day of February 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE