# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JERRY WRONE WALKER
ADC #124248                                                                                    PETITIONER

VS.                            5:10CV00128 SWW/JTR

RAY HOBBS, Director,
Arkansas Department of Correction                                                RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 21st day of February 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE